IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAUL, | 1:11-cv-00769-GBC (PC) |
| Plaintiff, | ORDER TO RESUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| v. | |
| KATHLEEN ALLISON, et al., | |
| Defendants. / | |

**<u>ORDER</u>**

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee. Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, this application fails to state that Plaintiff "authorizes the agency having custody of [him] to collect from [his] trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2)" or some such language. Plaintiff must resubmit his application to proceed in forma pauperis and it must include the above cited language or some similar language allowing collection from Plaintiff's trust account.

Accordingly, IT IS HEREBY ORDERED that:

1   Within forty-five (45) days of the date of service of this order, Plaintiff
2 shall submit the attached application to proceed in forma pauperis, completed
3 and signed, or in the alternative, pay the $350.00 filing fee for this action. **No**
4 **requests for extension will be granted without a showing of good cause**.
5 Within sixty (60) days of the date of service of this order, plaintiff shall submit a
6 certified copy of his/her prison trust statement for the six month period
7 immediately preceding the filing of the complaint.
8   **Failure to comply with this order will result in dismissal of this**
9 **action.**
10 IT IS SO ORDERED.
11
12 Dated:   May 20, 2011                             UNITED STATES MAGISTRATE JUDGE